MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): __15 mins__
ARRAIGNMENT, Length of Hearing (minutes): __15 mins__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

United States of America

v.  Case No.: 4:22CR00270-05 JM

David Chad Lane


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 0 4 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 10/4/2022  
Continued Until: _____  
Reason for continuance _____

Deft is ✓ is not ___ in custody  
___ Deft did not appear  
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Chris Givens**  
Defense Counsel: FPD – Kendrell Collins  (**Appointed**/Retained)  
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓  
Guilty (indicates desire) _____  
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____  
Guilty _____  
Nolo Contendere _____

✓ Demands Trial by Jury

___ Waives Jury Trial  
Deft agrees _____  
Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**  
Estimated Trial Date: **11/21/2022 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 10/4/2022    SO ORDERED: _____  
U. S. MAGISTRATE JUDGE