IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

V.				NO. 4:22-CR-0270-5 JM

DAVID CHAD LANE						DEFENDANT

## ORDER

On October 4, 2022, Defendant David Chad Lane appeared with appointed counsel KenDrell Collins for a plea and arraignment hearing. Defendant was advised of the allegations against him and his rights. The Government, represented by Assistant United States Attorney Chris Givens, moved for Defendant's detention. Defendant, through counsel, agreed to detention, without prejudice to his right to request a detention hearing at a later date.

Defendant is remanded to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 6th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE